Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Saidu ST. Kargbo
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Washington Metro Area Transit Authority (WMATA)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:22-cv-01562    JURY DEMAND
Assigned To : Boasberg, James E.
Assign. Date : 6/2/2022
Description: Employ Discrim. (H-DECK)

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Saidu ST. Kargbo
Street Address: 9602 Gwynndale Dr
City and County: Clinton
State and Zip Code: MD 20735
Telephone Number: 301-437-4601
E-mail Address: obamafor2008@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
JUN 2 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia


Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Washington Metro Area Transit Authority (WMATA/METRO)
- Job or Title (if known):
- Street Address: 600 5th Street NW
- City and County: USA
- State and Zip Code: Washington DC 20001
- Telephone Number: 202-962-1234, 202 637-1328/2121
- E-mail Address (if known):

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Street Address:
- City and County: N/A
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County: N/A
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County: N/A
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① Discrimination and harassment — National origin (Sierra Leone)

② Retaliation and illegal termination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Saidu ST. Kargbo, is a citizen of the State of *(name)* USA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b.      If the defendant is a corporation

The defendant, *(name)* **Washington Metro/WMATA** is incorporated under the laws of the State of *(name)* **USA**, and has its principal place of business in the State of *(name)* **Washington DC**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* **Washington DC**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① I have always performed my job well, meeting and exceeding expectations. However, when Mr. Ryan Fortune became my supervisor, he began to mock my accent, he criticized the fact that I spoke with an accent. Mr. Fortun generally harassed me due to my origin (Sierra Leone) to the point that I had to lodge complaint to upper management ie Mr. Moses & Mr Doug Smith, several times. (8/3/2019, 7/9/2019, 8/19/19, 10/2/19)

② Mr. Fortune retaliated and terminated then barred any employment with WMATA on 01/24/2020. I was terminated and barred complete

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I was illegally terminated under patently false pretenses. I seek imediate return to duty/rehire, payment of back wages, clean record and attorney's fees.

I was harassed, discriminated and mocked due to my accent and was retaliated against when I showed the temerity to complain up the chain of command regarding

The mistreatment by terminating my employment with WMATA under false pretenses.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/1/2022

Signature of Plaintiff
Printed Name of Plaintiff   SAIDU ST. KARGBO

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____